AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Jeffery MARSHALL<br><br>*Defendant* | )<br>)<br>) Case No. 19·MJ·2524<br>)<br>) |

## AMENDED
### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  08/02/2019  in the county of  Dona Ana  in the _____ District of  New Mexico , the defendant violated  Title 18  U. S. C. §  922(g)(1) , an offense described as follows:

Title 18 United States Code, § 922(g)(1), for any person who has been convicted of a felony crime punishable by imprisonment for a term exceeding one year, to possess a firearm or ammunition in or affecting interstate commerce.

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

B. Sterling Nixon, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  8·14·2019

_____
Judge's signature

City and state:  Las Cruces, New Mexico         Carmen Garza, U.S. Magistrate Judge
Printed name and title

UNITED STATES OF AMERICA

V.

Jeffery MARSHALL

AFFIDAVIT

1. Your affiant, Boyd Sterling Nixon, is a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since May 17, 2015. Prior to April, your affiant worked for approximately four and a half years as an Agent with the United States Border Patrol. Your affiant maintains a Bachelor's Degree in English from Brigham Young University. As part of training to become an ATF Special Agent, your affiant attended six months of specialized training sponsored by the Federal Law Enforcement Training Center in Glynco, Georgia. As a result of this training, your affiant has been certified as a Federal Investigator and has received specific training involving violations of federal law. Your affiant has also received ATF specific training in the determination of probable cause and in the use of warrants and complaints to enforce federal firearms laws. Your affiant is currently assigned to the Las Cruces, New Mexico Field Office.

2. Your affiant, being duly sworn, states the following to be true and correct to the best of his knowledge and belief based upon his personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation Jeffery MARSHALL. The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation, but are only a summary of facts necessary to set forth probable cause in support of the criminal complaint and does not purport to set forth all of the affiant's knowledge regarding this investigation.

3. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws and know that it is a violation of Title 18 United States Code § 922(g)(1), for any person who has been convicted of a felony crime punishable by imprisonment for a term exceeding one year, to possess a firearm or ammunition in or affecting interstate commerce.

4. On August 6, 2019, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) Sterling Nixon interviewed a Source of Information (SOI), an employee of D.A.M. Ammo. The SOI has provided copious amounts of credible information that has led to a myriad of investigations and prosecutions in the past.

5. The SOI stated that May 24, 2019, an individual named Melissa MARSHALL and her husband, Jeffery Alan MARSHALL came into the D.A.M. Ammo store. The SOI stated that the couple traded multiple firearms in exchange for a Winchester, Model 70, .223 caliber rifle, bearing serial number G2539061.

6. The SOI stated that the couple had traded six rifles and three black powder rifles, including the following:

    - Remington, Model 870 Wingmaster, 12 gauge shotgun, bearing serial number 1295386V.
    - Ruger, model 60, .17 HMR caliber, bearing serial number 702-66783.
    - NAA, Model Pug, .22 Magnum, bearing serial number W36858.
    - Winchester, Model 94, 30-30 rifle, bearing serial number 5121257.

7. The SOI stated that the firearms that the couple had brought in were very dusty and appeared to have been in storage for an extensive amount of time. The SOI stated that the couple appeared to be "gun people" or individuals who enjoy possessing and shooting firearms. The SOI stated that both Melissa and Jeffery MARSHALL talked about going shooting.

8. On August 2, 2019, the SOI stated Jeffery MARSHALL and Melissa MARSHALL again returned to the D.A.M. Ammo store. The SOI mentioned that they had been given the firearms that they had previously traded in from a neighbor after her husband had passed away. Jeffery MARSHALL stated that the individual who had previously owned the firearms was a war veteran and had a large collection of firearms (around seventy). Jeffery MARSHALL stated that it was somewhat frustrating because many of the "uppers" he found did not fit the "lowers". An "upper" typically refers to the top part or slide of a firearm. A "lower" refers to the frame or receiver and typically has a serial number on it.

9. According to the training and experience of SA Nixon, many of the older models of Colt M4's had larger pins utilized to secure the upper and lower receiver, and consequently, would not be able to fit a modern receiver. The SOI also stated that, Jeffery MARSHALL also purchased a trigger group assembly from the store for approximately $35 dollars. A trigger group assembly is a part needed to complete the assembly of an M4.

10. On August 6, 2019, SA Nixon and Luna County Deputy Chris Seats conducted mobile surveillance of 15125 Montezuma Rd., SE Deming, NM 88030. SA Nixon was able to clearly see two boxes stacked on top of each other that had firearm targets attached to them. The targets appeared to be riddled with bullet holes.

11. On August 7, 2019, The SOI provided to SA Nixon surveillance footage of when Jeffery MARSHAL and Melissa MARSHALL were in the D.A.M. Ammo store on August 2, 2019. SA Nixon was able to review some of the footage. In the footage, Jeffery MARSHALL can be clearly be seen handling two different firearms. During the video, Melissa MARSHALL observes the firearms but does not touch them. The SOI stated that the firearms handled by Jeffery MARSHALL were the following:

    - Diamond Back Arms, Model DB-15, .223 caliber rifle bearing serial number DB1593543.
    - Diamond Back Arms, Model DB-15, .223 caliber rifle bearing serial number DB2103246

12. On August 7, 2019, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) Sterling Nixon and District Attorney Investigator Jacob Villegas conducted surveillance on 15125 Montezuma Rd., SE Deming, NM, 88030, the residence of Melissa and Jeffery MARSHALL.

13. While SA Nixon and Investigator Villegas approached the property, at approximately 5:50 PM, they both distinctly heard a gunshot. Utilizing a spotting scope, SA Nixon was able to observe Jeffery MARSHALL firing, what appeared to be, an AR Variant that was camouflage

or tan in color. The firearm appeared to be loaded with a 30 round magazine and had large scope on top that was also camouflage or tan in color.

14. SA Nixon was able to capture several pictures of Jeffery MARSHALL as he continued to fire the rifle. The shots seemed to be aimed at a small target that was approximately forty yards south of his location.

15. On August 8, 2019, your affiant received information that Jeffery and Melissa MARSHALL had transported three firearms to D.A.M. to trade in. Your affiant went to D.A.M. Ammo and spoke to Jeffery MARSHALL. Your affiant was able to confirm that Jeffery and Melissa MARSHALL had transported three firearms in a grey pickup to D.A.M. Ammo.

16. On August 7, 2019, SA Nixon reviewed Jeffery MARSHALL's criminal history and found multiple felony arrests. Intelligence Research Specialist (IRS) David Frankel contacted a County Clerk at the Clermont County in Ohio. The Clerk was able to email IRS Frankel a copy of the Judgement and Sentencing. According to the court document, on February 27, 1991, Jeffery MARSHALL pled guilty to Trafficking Marijuana (a third degree felony). Jeffery MARSHALL's sentence was initially suspended, but later Jeffery MARSHALL's probation was revoked and his sentenced was reimposed. According to 18 USC 922(g)(1) this felony conviction prohibits Jeffery MARSHALL from possessing firearms.

17. Based on your affiant's training and experience as an ATF Special Agent, after reviewing the descriptive information of the two firearms briefly possessed by Jeffery MARSHALL while in D.A.M. Ammo on August 2, 2019, the firearm fired by Jeffery MARSHALL on August 7, 2019, and the firearms transported by Melissa MARSHALL and Jeffery MARSHALL on August 8, 2019, it is your affiant's opinion that the firearms were not manufactured in the State of New Mexico and were received and/or possessed in the State of New Mexico, having traveled in or affected interstate commerce.

18. Based upon the above information, your affiant believes that on or about on August 2, 2019, August 7, 2019, and August 8, 2019, Jeffery MARSHALL, who after having been convicted of a felony, illegally possessed firearms and ammunition that had moved in or affected

interstate commerce, in violation of Title 18 U.S.C § 922(g)(1). This violation occurred in the city of Las Cruces, in the County of Dona Ana, in the District of New Mexico and in the City of Deming, in the County of Luna, in the District of New Mexico.

19. This criminal complaint was approved by AUSA Maria Armijo.

_____
B. Sterling Nixon, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Subscribed and sworn to before**
me this 14th day of August, 2019

_____
Carmen Garza, U.S. MAGISTRATE JUDGE